First Department, June, 1917. [Vol. 179.

ROBERT HOLMES, Individually and as Trustee, etc., and Others, Respondents, v. HUGH N. CAMP, JR., Individually and as Sole Surviving Executor and Trustee, etc., and Others, Impleaded with EDWARD C. SMITH, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith and Page, JJ.

In the Matter of the Estate of CHARLES I. HILLS, Deceased. MATHILDE KING HILLS, Administratrix, etc., Appellant; VICTOR DAUTREMONT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of ENOCH G. MEGRUE, as Executor, etc., of JOSEPH R. MEGRUE, Deceased, Respondent. ANNA LOUISE BELL, Appellant.— Order reversed, with ten dollars costs and disbursements, on the ground that the application should have been made to this court, with leave to appellant to apply to this court as stated in order. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

J. PRYSE GOODWIN and Another, Respondents, v. THE ANSONIA, Appellant. — Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

OPLER BROTHERS, INC., Respondent, v. DAVID D. LONG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BLANCHE HYAMS, Respondent, v. PARK & TILFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOHN M. EWEN and Another, Respondents, v. JOHN D. O'HAGAN and Another, Appellants.— Order modified, by limiting the examination to what the defendants O'Hagan and Luckenbach have done with respect to the certificates, and what, if any, agreements they have entered into with one another or with any other person or persons with respect to said certificates; and as so modified affirmed, without costs. The date on which the examination shall proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

VICTORIA A. McKENZIE, Respondent, v. AMERICAN STEEL GOODS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FRANK C. TITUS, JR., Plaintiff, v. CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY and Another, Respondents. ANNA BELLE LINCH, as Executrix, etc., Appellant; JOHN BEAVER, as Receiver, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith and Page, JJ.

HARRY A. LANZNER, Respondent, v. THE ALLYNE BRASS FOUNDRY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of